# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

R AND A HOME SERVICES LLC d/b/a RCS GARAGE DOORS,

*Plaintiff*

v. ) Civil Action No.

RCI DOORS, INC.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***

RCI DOORS, INC.
c/o David F. Julku, Jr., Registered Agent
203 Oakhurst Road
Asheboro, NC 27205

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

J. Alexander Heroy & Alexandra B. Bachman
James, McElroy & Diehl, P.A.
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
aheroy@jmdlaw.com; abachman@jmdlaw.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 09/21/2026

**Civil Action No.**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

**________________________________________**

**was received by me on *(date)* ______________________________________.**

❑ **I personally served the summons on the defendant at *(place)*_____________________________________________________________________________ on *(date)* ____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* _____________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because ________________________________________; or**

❑ **Other *(specify)*:**

**__________________________________________________________________________**

**My fees are \$ ___________________ for travel and \$ ____________________ for services, for a total of \$_____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________**

**________________________________________________**
**Server's signature**

**________________________________________________**
**Printed name and title**

**________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**